# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| SUFFOLK ADMINISTRATIVE SERVICES, LLC, PROVIDENCE INSURANCE COMPANY, I.I., PROVIDENCE INSURANCE PARTNERS, LLC, and ANJO, LLC, <br><br> Plaintiffs, <br><br> UNITED STATES DEPARTMENT OF LABOR, EUGENE SCALIA, *in his official capacity as Secretary of the United States Department of Labor*, and UNITED STATES OF AMERICA, <br><br> Defendants. | Civil No. 21-01031 (DRD) |

## INFORMATIVE MOTION REGARDING SERVICE OF PROCESS

**TO THE HONORABLE COURT:**

    **COME NOW** Plaintiffs, Anjo, LLC ("Anjo"), Suffolk Administrative Services, LLC ("Suffolk"), Providence Insurance Partners, LLC ("PIP"), and Providence Insurance Company, I.I. ("PIC" and collectively, "Plaintiffs") and state and request as follows:

    1. On January 19, 2021, Plaintiffs filed their Complaint against the United States Department of Labor (the "DOL"). See Docket No. 1.

    2. On January 21, 2021, Plaintiffs served the DOL at its Puerto Rico Office located in T-Mobile Center, B-7 Tabonuco St., Suite 1104, Guaynabo, PR 00968. See Docket No. 5.

    3. In addition, and as required by Fed. R. Civ. P. 4(i)(2), on February 5, 2021, Plaintiffs served the United States Attorney for the United States District Court for the District of Puerto Rico. See Exhibit No. 1.

4. On that same date, and also as required by Fed. R. Civ. P. 4(i)(2), Plaintiffs sent a copy of the Complaint and summons via certified mail, return receipt requested, to Mr. Al Stewart, Esq., in his capacity as Acting Secretary of Labor, and to Mr. Monty Wilkinson, Esq., in his capacity as Acting Attorney General of the United States. See Exhibit Nos. 2 and 3.

**WHEREFORE**, Plaintiffs respectfully request that the Court take notice of the foregoing.

**IT IS HEREBY CERTIFIED** that on this same date, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the instant filing to all CM/ECF participants in this case.

Respectfully submitted, on February 19, 2021.

*s/Antonio L. Roig-Lorenzo*
Antonio L. Roig-Lorenzo
USDC No. 207712
O' NEILL & BORGES LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944
Email: antonio.roig@oneillborges.com